**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DIVISION OF ARKANSAS**
**NORTHERN DIVISION**

**MICAH ANGEL**                                                                          **PLAINTIFF**

**v.**                                        **3:22-CV-00342-BRW**

**CITY OF JONESBORO CODE ENFORCEMENT**                              **DEFENDANT**

## ORDER

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1]

Plaintiff asserts that Defendant "tows illegal immigrant vehicles that are parked for maintenance

in their yards" but  does not "write hoarding tickets" for people who clutter their yards with other

things.[2]

Because Plaintiff's complaint is nonsensical, frivolous, and states no cause of action

against Defendants for which relief may be granted, this case is DISMISSED.  The motion to

proceed *in forma pauperis* (Doc. No. 1) is MOOT.

IT IS SO ORDERED this 5th day of January, 2023.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1]See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

[2]Doc. No. 2.